**SNYDER LAW, LLP**
**Barry Clifford Snyder (SB# 62844)**
**Caitlin A. Colman (SB# 274075)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California  93117
Telephone No.: 805.692.2800
Facsimile No.:  805.692.2801

Attorneys for Defendant, GLOBE FIRE SPRINKLER CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a foreign corporation, individually and as subrogee of its insured, Covenant Players, Inc.,<br><br>            Plaintiff,<br><br>v.<br><br>GLOBE FIRE SPRINKLER CORPORATION, a Michigan corporation doing business in California, and DOES 1 through 20, inclusive,<br><br>            Defendants.<br>_____/ | Case No. CV11 04108 JAK (RZx)<br><br>**Judge         : Hon. John Kronstadt**<br>**Mag. Judge : Hon. Ralph Zarefsky**<br><br>**[PROPOSED] ORDER RE STIPULATION FOR SETTLEMENT OF ENTIRE ACTION WITH PREJUDICE** |

**ORDER**

Good cause appearing from the agreement of the parties, the court enters the parties' Stipulation for Settlement of Entire Action with Prejudice as the Order of the Court.

**IT IS SO ORDERED.**

DATE: _____    _____
                                          UNITED STATES DISTRICT COURT JUDGE
                                          HONORABLE JOHN A. KRONSTADT